**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| JEFFREY STEPHENS | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | |
| | § | Case No. 2:20-cv-0221-JRG-RSP |
| LIBERTY LIFE ASSURANCE COMPANY | § | |
| OF BOSTON N/K/A LINCOLN LIFE | § | |
| ASSURANCE COMPANY OF BOSTON | § | |
| | § | |
| *Defendant*. | § | |

**ORDER**

Before the Court is the Joint Motion to Dismiss All Claims with Prejudice ("Motion"), filed by Plaintiff Jeffrey Stephens and Defendant Liberty Life Assurance Company of Boston n/k/a Lincoln Life Assurance Company of Boston. **Dkt. No. 17**.

Having considered the Motion, the Court finds that it should be and hereby is **GRANTED**. It is therefore **ORDERED** that all claims asserted by either party are **DISMISSED WITH PREJUDICE**. It is further **ORDERED** that each party shall bear its own attorneys' fees and costs.

Any relief not expressly referenced herein is **DENIED**. The Clerk is directed to **CLOSE** the above-captioned case.

**So ORDERED and SIGNED this 9th day of February, 2021.**

_____
RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE